# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 11, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138959
138969 & (124)(125)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

                             SC: 138959
                             COA: 269505
                             Saginaw CC: 02-021097-FH
TOD KEVIN HOUTHOOFD a/k/a TODD            04-024765-FH
KEVIN HOUTHOOFD,                          05-025865-FH
      Defendant-Appellee.

_____/

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                             SC: 138969
                             COA: 269505
                             Saginaw CC: 02-021097-FH
TOD KEVIN HOUTHOOFD a/k/a TODD            04-024765-FH
KEVIN HOUTHOOFD,                          05-025865-FH
      Defendant-Appellant.

_____/

      On order of the Court, the motion for miscellaneous relief is GRANTED. The applications for leave to appeal the February 3, 2009 judgment of the Court of Appeals are considered, and they are GRANTED. The parties shall include among the issues to be briefed whether venue was properly laid in Saginaw County with respect to the defendant's solicitation to commit murder and witness intimidation charges, whether the defendant is entitled to retrial on the false pretenses and witness intimidation charges in the event that his conviction for solicitation to commit murder is not reinstated, and the relevance, if any, of the defendant's June 24, 2004 statement to the trial court, over his counsel's objection, that he wanted the three cases tried together. The motion for bail is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2009

0908                                                 Clerk